# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

MICHAEL ANDERSON,
    Plaintiff,

v.

SCOTT SEMPLE, ET AL.,
    Defendant.

No. 3:17-cv-312 (VAB)

## ORDER OF DISMISSAL

Michael Anderson ("Mr. Anderson" or "Plaintiff"), currently incarcerated at Osborn Correctional Institution in Somers, Connecticut, filed a Complaint against Commissioner Scott Semple, Wardens Kimberly Weir, William Faneuff, Antonio Santiago, and Director of Parole and Community Services Joseph Haggan and a motion to proceed *in forma pauperis*.

On November 13, 2017, the Court denied Mr. Anderson's motion to proceed *in forma pauperis* under the "three strikes" provision of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g), and ordered Mr. Anderson to tender the filing fee within twenty days. The Court cautioned Mr. Anderson that the case would be dismissed if the fee was not received within the time specified.

Mr. Anderson has not submitted the filing fee within the time specified by the Court in its November 13, 2017 order. Accordingly, the case is **DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(b) for failure to comply with a Court Order regarding the submission of the filing fee. The Clerk is directed to close this case.

Any motion to reopen this dismissal shall be accompanied by the $400.00 filing fee and demonstrate good cause for failing to comply with the Court's November 13, 2017 Order to pay the filing fee.

SO ORDERED at Bridgeport, Connecticut this 18th day of December, 2017.

/s/
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE